1  DANIELLE OCHS, CA Bar No. 178677
   danielle.ochs@ogletree.com
2  GRAHAM M. HELM, CA Bar No. 316002
   graham.helm@ogletree.com
3  JENNY J. LIAO, CA Bar No. 337719
   jenny.liao@ogletree.com
4  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
5  One Embarcadero Center, Suite 900
   San Francisco, CA  94111
6  Telephone:     415-442-4810
   Facsimile:     415-442-4870
7
   Attorneys for Defendant
8  TESLA, INC.

9  HUNTER PYLE, SBN 191125
   KATIE FIESTER, SBN 301316
10 ANDREA A. NÚÑEZ, SBN 340062
   HUNTER PYLE LAW
11 505 14th Street, Suite 600
   Oakland, California 94612
12 Telephone: (510) 444-4400
   Facsimile:  (510) 444-4410
13 Email(s):   hunter@hunterpylelaw.com;
               kfiester@hunterpylelaw.com;
14             anunez@hunterpylelaw.com
15
16 Attorneys for Plaintiff
   RAINA PIERCE
17

18                    UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20

21 | RAINA PIERCE,                                    | Case No. 3:22-civ-03177-TLT       |
22 |          Plaintiff,                              | **JOINT CASE MANAGEMENT STATEMENT** |
23 |      v.                                          |                                   |
                                                       | Date:  October 10, 2024
24 | TESLA, INC., WHICH DOES BUSINESS IN              | Time:  2:00 PM
   | CALIFORNIA AS TESLA MOTORS, INC.,                | Judge: Hon. Tina L. Thompson
25 | AND DOES 1-20, INCLUSIVE,                        |
26 |          Defendant.                              | Complaint Filed: May 31, 2024
                                                       | Trial Date:      None Set
27
28

Plaintiff Raina Pierce ("Plaintiff") and Defendant Tesla, Inc. ("Defendant") (jointly, "the Parties") respectfully submit this joint case management statement.

The Parties' arbitration remains ongoing. The arbitration hearing is set for September 15-19, 22, and 23, 2025. Accordingly, the Parties respectfully request that the Court vacate the February 24, 2025 trial date and related deadlines, including the January 23, 2025 Final Pretrial Conference, and continue the Case Management Conference until 90 days after the arbitration hearing or on a date convenient to the Court.

DATED: October 3, 2024

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Graham M. Helm*
DANIELLE OCHS
GRAHAM M. HELM
JENNY J. LIAO
Attorneys for Defendant
TESLA, INC.

DATED: October 3, 2024

HUNTER PYLE LAW

By: /s/ *Katie Fiester*
HUNTER PYLE, SBN 191125
KATIE FIESTER, SBN 301316
ANDREA A. NÚÑEZ, SBN 340062
Attorneys for Plaintiff
RAINA PIERCE

### **ATTESTATION OF ELECTRONIC SIGNATURE**

I, Graham M. Helm, attest pursuant to Northern District Civil Local Rule 5-1(i)(3) that all signatories on this document agree to the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 3, 2024

BY: /s/ *Graham M. Helm*
GRAHAM M. HELM