UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAINA PIERCE,<br>          Plaintiff,<br>   v.<br>TESLA, INC.,<br>          Defendant. | Case No. 22-cv-03177-TLT<br><br>**ORDER TO SHOW CAUSE RE ARBITRATION**<br>Re: Dkt. No. 41 |

The Court granted Motion to Compel Arbitration on January 30, 2023. ECF 29. The parties then commenced arbitration on February 15, 2023. *See* ECF 39 (Status Report).

Plaintiff filed an Amended Demand for Arbitration on July 7, 2023. *Id.* The stay was extended on January 25, 2024. Trial was set to February 24, 2025. ECF 32

Because Defendant obtained new counsel in June 2024, the arbitration hearing scheduled for November 2024 was vacated. ECF 39.

The parties have now scheduled an arbitration hearing for September 15-19, 22, and 23, 2025. *See* ECF 41 (Joint Case Management Statement). Three years will have elapsed since the filing of the complaint with limited activity on the docket.

The parties are **ORDERED to Show Cause** for an extension 20 months beyond the date of the commencement of arbitration **and** to seek to reschedule arbitration for a date prior to May 31, 2025. The parties must notify the Court of the selected arbitrator and schedule no later than October 28, 2024.

**IT IS SO ORDERED**.

Dated: October 8, 2024

TRINA L. THOMPSON
United States District Judge

5/31/25