1 | HUNTER PYLE, SBN 191125
2 | KATIE FIESTER, SBN 301316
    ANDREA A. NÚÑEZ, SBN 340062
3 | HUNTER PYLE LAW
    505 14th Street, Suite 600
4 | Oakland, California 94612
    Telephone: (510) 444-4400
5 | Facsimile:  (510) 444-4410
    Email(s):   hunter@hunterpylelaw.com;
6 |             kfiester@hunterpylelaw.com;
7 |             anunez@hunterpylelaw.com

8 | Attorneys for Plaintiff
    RAINA PIERCE
9 |

10 |
    DANIELLE OCHS, CA Bar No. 178677
11 | danielle.ochs@ogletree.com
    GRAHAM M. HELM, CA Bar No. 316002
12 | graham.helm@ogletree.com
    RYAN C. FINN, CA Bar No. 333209
13 | ryan.finn@ogletree.com
    OGLETREE, DEAKINS, NASH, SMOAK &
14 | STEWART, P.C.
    One Embarcadero Center, Suite 900
15 | San Francisco, CA  94111
16 | Telephone:    415-442-4810
    Facsimile:    415-442-4870
17 |

18 | Attorneys for Defendant
    TESLA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| RAINA PIERCE, | Case No. 3:22-cv-03177-TLT |
|---|---|
| Plaintiff, | **JOINT FURTHER CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | |
| TESLA, INC., WHICH DOES BUSINESS IN CALIFORNIA AS TESLA MOTORS, INC., AND DOES 1-20, INCLUSIVE, | Date: April 24, 2025<br>Time: 2:00 P.M.<br>Judge: Hon. Tina L. Thompson<br>Courtroom: 09 |
| Defendant. | |

1  Plaintiff Raina Pierce ("Plaintiff") and Defendant Tesla, Inc. ("Defendant") (jointly, "the
2  Parties") respectfully submit this this Further Case Management Conference Statement in advance
3  of the Case Management Conference set for April 24, 2025, at 2:00 p.m.

## I. UPDATE REGARDING MEDIATION AND THE STATUS OF ARBITRATION

This matter was ordered to arbitration pursuant to the Court's Order on January 30, 2023, ECF No. 29. Arbitration proceedings commenced with JAMS Mediation, Arbitration and ADR Services ("JAMS") on March 29, 2023 (JAMS Ref. No. 5100000939) with Arbitrator Michael Loeb.

*Mediation*

On October 22, 2024, the Parties participated in a mediation with JAMS with mediator Patricia K. Gillette, Esq. The Parties were unable to resolve the case at mediation, but they agreed to hold the mediation open pending further discovery.

The Parties continued mediation discussions with Ms. Gillette via phone and email. On March 31, 2025, Ms. Gilette sent the parties a mediator's proposal. On April 4, 2025, Ms. Gillette informed the Parties that both Parties had agreed to the mediator's proposal.

The Parties are in the process of finalizing a settlement agreement.

*Arbitration Schedule*

On April 7, 2025, the Parties informed JAMS that the Parties had resolved the matter. The Parties requested that all arbitration-related dates be vacated and that JAMS keep the case file open pending completion of the settlement agreement.

DATED: April 17, 2025                    HUNTER PYLE LAW

                                         By: /s/ Andrea A. Núñez
                                         HUNTER PYLE, SBN 191125
                                         KATIE FIESTER, SBN 301316
                                         ANDREA A. NÚÑEZ, SBN 340062
                                         Attorneys for Plaintiff
                                         RAINA PIERCE

| | |
|---|---|
| DATED: April 17, 2025 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | By: /s/ Ryan C. Finn |
| | DANIELLE OCHS |
| | RYAN FINN |
| | GRAHAM M. HELM |
| | Attorneys for Defendant |
| | TESLA, INC. |

## ATTESTATION OF ELECTRONIC SIGNATURE

I, Andrea A. Núñez, attest pursuant to Northern District Civil Local Rule 5-1(i)(3) that all signatories on this document agree to the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| DATED: April 17, 2025 | BY: /s/Andrea A. Núñez |
| | Andrea A. Núñez |